# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HIGH FREQUENCY TRADING SYSTEMS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TMC BONDS LLC,<br><br>        Defendant. | Civil Action No. 2:16-cv-0020-RWS |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration Plaintiff's Motion for Dismissal with Prejudice of all claims asserted against Defendant TMC Bonds LLC and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit against Defendant TMC Bonds LLC are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 7th day of June, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE